UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:00-cr-346-T-17MAP
8:03-cv-2376-T-17MAP

ERSKINE DONNELL CROSS.

_____

O R D E R

The Court denied Defendant Erskine Donnell Cross (Cross's) motion to vacate, set aside, or correct an allegedly illegal sentence. Defendant has filed a Notice of Appeal and a motion for leave to proceed on appeal in forma pauperis.

Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473,

475 (2000).[1]  Defendant has failed to meet this standard.  Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

1. That Cross's construed request for certificate of appealability (Doc. No. 21) is denied.

2. That Cross's motion for leave to proceed on appeal in forma pauperis (Doc. No. 22) is denied.

ORDERED in Tampa, Florida, on June 3, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

AUSA: James C. Preston, Jr.
Pro se:  Erskine Donnell Cross

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).